FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 JAN 12 A 9: 10

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 3:04-cv-537-J-20MMH

JOHN B. FURMAN, JR.;
WILMA J. FURMAN;
JOY PARKER, f/k/a JOY MADDUX;
JANICE A. WARREN, CITRUS COUNTY,
FLORIDA TAX COLLETOR; and
MICHAEL HOGAN, DUVAL COUNTY,
FLORIDA TAX COLLECTOR,

Defendants.
_____/

## ORDER

It has come to the Court's attention that the Parties have reached a settlement on all claims. Therefore, the case is **DISMISSED WITHOUT PREJUDICE** for thirty (30) days, during which the Parties may submit a stipulated form of final order should they so choose **or** provided good cause is shown, move to reopen the action. After the thirty day period, however, without further notice or order, this dismissal shall be deemed to be *with prejudice*. All pending Motions, if any, are denied as moot, and the Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Carol Koehler Ide, Esq.
John Edward Lawlor, III, Esq.
Andres Rojas, Esq.