FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2006 JUL 28  A 10: 25

~~RICT COURT~~
~~FLORIDA~~

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

v.

                              **Case No. 3:04-cv-537-J-20MMH**

**JOHN B. FURMAN, JR.;**
**WILMA J. FURMAN;**
**JOY PARKER, f/k/a JOY MADDUX;**
**JANICE A. WARREN, CITRUS COUNTY,**
**FLORIDA TAX COLLETOR; and**
**MICHAEL HOGAN, DUVAL COUNTY,**
**FLORIDA TAX COLLECTOR,**

     **Defendants.**

_____/

## ORDER

Before the Court is the United States' Unopposed Motion for Confirmation of Sale and for Distribution of Proceeds of Sale (Doc. No. 59, filed July 7, 2006), as well as the United States' Motion to Supplement (Doc. No. 61, filed July 17, 2006) and the United States' Second Motion to Supplement (Doc. No. 62, filed July 21, 2006).

On September 28, 2005 this Court entered an Order (Doc. No. 45) granting summary judgment in favor of the United States and against Defendant John B. Furman, Jr., finding that he is liable for various outstanding Federal tax liabilities. On February 15, 2006 this Court entered Final Judgment on Count I of Counterclaim/ Crossclaim and Decree of Foreclosure and Order of Sale (Doc. No. 54). This Final Judgment authorized the Internal Revenue Service Property Appraisal and Liquidation Specialist (PALS) to sell the parcel of real estate at 5337 South

-1-

Riverside Drive, Homosassa, Citrus County, Florida ("the Property"), more particularly described as follows:

> Lot 8, Block 12, Riverhaven Village, according to the map
> or plat thereof as recorded in Plat Book 9 pages 31 thru 53,
> public records of Citrus County, Florida.

On April 14, 20 and 28, 2006 and May 5, 2006, the notice of sale of the property at public auction was published in the Citrus County Chronicle, a newspaper regularly issued and of general circulation in the county where the Property is situated (see Doc. No. 55 at ¶ 2).  On April 29 and 30, 2006 and May 6 and 7, 2006, display notices of the sale of the Property at public auction were published in the Citrus County Chronicle and St. Petersburg Times (see Doc. No. 56).  On May 12, 2006, the Property was sold at public auction to the highest bidder, PMJ1, LLC, for a sale price of $645,000.00.   PMJ1, LLC, paid the required deposit of $129,000.00 on May 12, 2006, and the balance of the purchase price, $516,000.00, on June 19, 2006.  The funds have been deposited into the registry of this Court pending confirmation of the sale (see Doc. Nos. 57 & 58).

This Court, having reviewed the record, including the PALS Report of Judicial Sale and Declaration (Doc. No. 55), finds that the sale was in all respects legally and properly conducted. Accordingly, it is hereby

(1) ORDERED AND ADJUDGED that the sale of the Property on May 12, 2006 is **confirmed**;

(2) ORDERED that PALS **convey** by Deed the Property to the person described as the purchaser in the Report of Judicial Sale filed in this case; and

(3) ORDERED that the Clerk of this Court **distribute** the funds held in its registry in this

action as follows:

    a.    To the United States, in care of its counsel, as reimbursement for expenses incurred in maintaining and selling the Citrus County Property in the amount of **$2,824.64**;

    b.    To the Citrus County Tax Collector, for ad valorem real property taxes to the date of closing (May 12, 2006), referencing property no. 1619250010001200080: **$3,912.96**[1];

    c.    To the United States, in care of its counsel, one-third of the net sales proceeds, for application against the outstanding Federal tax liabilities of John B. Furman, Jr. in the amount of **$212,754.14**; and

    d.    To Defendant Wilma J. Furman, in care of her counsel, the remaining two-third of the net sales proceeds in the amount of **$425,508.26**.

(see Doc. Nos. 54 at 10-11 and 62).

**DONE AND ORDERED** at Jacksonville, Florida, this 27 day of July, 2006.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Carol Koehler Ide, Esq.

John Edward Lawlor, III, Esq.

Andres Rojas, Esq.

---

[1] This amount is 5/12 of the amount of the ad valorem property taxes due for the year 2005 ($9,316.56), the most recent year for which a tax bill has been issued.

-3-

Internal Revenue Service PALS

John B. Furman, Jr.
3725 Cathedral Oaks Place South
Jacksonville, FL 32217

Janice A. Warren
Citrus County, Florida Tax Collector
210 North Apopka, Suite 100
Inverness, FL 34450-4260